UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS PENSION
TRUST FUND METROPOLITAN AREA, et al.,

        Plaintiffs,                      Case No. 08-15200

vs.                                           Hon. Robert H. Cleland

METRO JOINT SEALANTS, L.L.C., and
METRO JOINT SEALANTS OF MICHIGAN, INC.

        Defendants.

| NOVARA TESIJA, P.L.L.C. | FRASCO CAPONIGRO WINEMAN & SCHEIBLE, P.L.L.C. |
|---|---|
| Bryan M. Beckerman (P51925) | J. Christian Hauser (P57990) |
| Attorneys for Plaintiffs | Attorney for Defendants |
| 2000 Town Center, Suite 2370 | 1668 Telegraph Road, Ste. 200 |
| Southfield, MI 48075 | Bloomfield Hills, MI 48302 |
| (248) 354-0380 | |
| bmb@novaratesija.com | |

## **CONSENT JUDGMENT**

      At a session of said Court, held in Detroit, Michigan
      on    March 23, 2011

      PRESENT: Hon.  ROBERT H. CLELAND
                      U.S. District Court Judge

      This matter having come before the Court; and upon the terms of a Consent Judgment having been reached by the stipulation of the parties; and the Court being otherwise fully advised in the premises.

      **IT IS HEREBY ORDERED THAT** Plaintiffs shall have a judgment in their favor and against Defendants Metro Joint Sealants, L.L.C. and Metro Joint Sealants of Michigan, Inc., in the amount of $600,647.60 for unpaid fringe benefit contributions, liquidated damages, interest and relevant costs.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue at statutory interest rates.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

 S/Robert H. Cleland
United States District Court Judge

*Approved as to form and content:*

| | |
|---|---|
| By: /s/Bryan M. Beckerman<br>NOVARA TESIJA, P.L.L.C.<br>Bryan M. Beckerman (P51925)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 2370<br>Southfield, MI 48075-1314 | By: /s/J. Christian Hauser (with permission)<br>FRASCO CAPONIGRO WINEMAN &<br>SCHEIBLE, P.L.L.C.<br>J. Christian Hauser (P57990)<br>Attorney for Defendants<br>1668 Telegraph Road, Ste. 200<br>Bloomfield Hills, MI 48302 |

W:\FUNDS\Bricklayers\COLLECTION\Metro Joint Sealants, LLC\Pleadings\Consent Judgment.doc